<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-1535**

───────────

T. JAMES ANDERSON, JR.,

                                Plaintiff - Appellant,

    versus

WILLIAM S. HORNE, Judge, Talbot County Circuit
Court,

                                Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-912-
AMD)

───────────

Submitted: May 31, 2001           Decided: June 8, 2001

───────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

T. James Anderson, Jr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

T. James Anderson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915(e)(2)(B)(iii) (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Horne, No. CA-912-AMD (D. Md. Mar. 29 & 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2